# EXHIBIT A

## IN THE SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICK GEORGE,

                *Plaintiff,*

    v.

THE GEORGE WASHINGTON
UNIVERSITY, INC.,
1918 F Street, NW
Washington, DC 20052,

**Serve**: Registered Agent
       Corporation Service Company
       1090 Vermont Ave., NW
       Washington, DC 20005

**Serve**: Mr. Charles Barber, Esq.
       General Counsel
       Office of General Counsel
       2000 Pennsylvania Ave., NW
       Suite 305
       Washington, DC 20006

                *Defendant.*

Case No. _____

**JURY TRIAL DEMANDED**

## VERIFIED COMPLAINT

Plaintiff Patrick George, by counsel and pursuant to Rule 3 of the D.C. Superior Court Rules of Civil Procedure, files this Verified Complaint against Defendant The George Washington University, Inc. ("GW"). Mr. George was the captain of the GW men's rowing team ("Men's Rowing Team") until GW suddenly and unceremoniously cut the varsity sport. Through this lawsuit, Mr. George respectfully requests that this Court order GW to immediately restore varsity status to the Men's Rowing Team, award him damages and attorneys' fees. For his complaint, Mr. George states as follows:

1

## INTRODUCTION

1.      Mr. George has spent nearly half of his life rowing competitively at an elite level. He was an integral part of his high school's European Championship team.  Higher institutions in the United Kingdom and the United States heavily recruited him to row for their varsity teams. Five of those institutions made official offers to him to attend their universities and compete on their varsity rowing teams.  In 2018, he chose to attend GW over his other options because it offered him a varsity spot on an elite and improving rowing program, and the university promised to meet his financial and educational requirements.

2.      Mr. George did his part for GW.  As a freshman, he quickly rose within the team ranks.  He was selected as one of the top four GW rowers out of a team of over thirty.  He was instrumental in propelling the rowing team to become the 13th best in the country in 2019.  His sophomore season was canceled because of the COVID-19 pandemic, but Mr. George excelled his junior year.  His teammates elected him team captain in 2020, and in 2021 he led the Men's Rowing Team to place 7th at the Intercollegiate Rowing Association ("IRA") national championship regatta – *the highest final national ranking for any GW sport ever.*

3.      Despite Mr. George's efforts and the Men's Rowing Team's success, GW abruptly cut the Men's Rowing Team in July 2020.  Mr. George, his teammates, and his former coach have worked tirelessly to convince GW to reinstate it before the beginning of what is Mr. George's senior season.   During that time, GW has led Mr. George to believe it was considering reinstatement.  GW has threatened immediate shut down of the club if anyone instituted litigation – as so many other college have successfully done in the country.  Now, Mr. George can no longer wait. The Men's Rowing Team's season officially begins **tomorrow**, on Saturday, April 2, 2022.

4.     Mr. George's final attempts to resuscitate the Men's Rowing Team have fallen on GW's deaf ears. Mr. George now brings this suit to compel GW to return the Men's Rowing Team to varsity status and fulfill its promises and other legal obligations to him. This lawsuit is Mr. George's last ditch attempt to save the collegiate career for which he has worked so hard since he was 13 years old. This Court should immediately reinstate the Men's Rowing Team as a varsity sport.

## PARTIES

5.     Plaintiff Patrick George is an individual who has lived in Washington, DC since 2018. Mr. George is a fourth-year student athlete at GW, and has been the captain of the Men's Rowing Team since 2020.

6.     Defendant GW is a federally-chartered university and a non-profit corporation incorporated in the District of Columbia. Its principal place of business is located in the District of Columbia.

## JURISDICTION

7.     This Court has subject matter jurisdiction over this action pursuant to D.C. CODE § 11-921 because it is a civil action or other matter (at law or in equity) brought in the District of Columbia.

8.     This Court has personal jurisdiction over GW because it is incorporated under D.C. law and maintains its principal place of business in the District of Columbia.

## STATEMENT OF FACTS

I.     Early Participation in Competitive Rowing

9.     Mr. George began his career as a competitive rower when he was thirteen (13) years of age.

10.     While attending high school at Shrewsbury School ("Shrewsbury") in the United

3

Kingdom, Mr. George actively competed as a member of the school's well-respected rowing team.

11.     During his senior year of high school, Mr. George served as Shrewsbury's rowing captain and led the school to various competitive titles.

12.     Prior to graduating from Shrewsbury, Mr. George's team was ranked as the 5th best in the United Kingdom.

13.     In 2016, Mr. George was selected to join the Great Britain National Junior Rowing Team. As a member of the men's "eight," Mr. George helped Great Britain win the 2016 Junior European Championship at the Coupe de la Jeunesse, a pan-European regatta for junior rowers.

14.     Following his graduation from Shrewsbury, Mr. George spent approximately two years training as a member of a British Olympic Pathway Program at Leander Club. The Leander Club is a high-performance training facility for British rowers with Olympic aspirations.

15.     During this time, Mr. George trained and rowed with the Under-23 British National Rowing Team.

II.     College Recruitment Process

16.     In 2017, Mr. George started to examine opportunities to pursue competitive rowing at the collegiate level.

17.     As a result of his achievements, Mr. George spoke with numerous universities in the United Kingdom and the United States. A number of high-profile rowing programs indicated their interest in Mr. George. This list of schools included, but is not limited to, Newcastle University (UK), Columbia University, Yale University, the University of Pennsylvania, and Georgetown University.

18.     Following months of recruitment, Mr. George received offers to join the rowing programs at Oxford Brookes University (Oxford, England), the University of Bath (Bath, England), and Hobart and William Smith College (Geneva, New York). Hobart offered Mr.

4

George significant financial assistance for tuition.

19.     The universities in the United Kingdom appealed to Mr. George because they were closer to home and substantially cheaper than attending university in the United States. For example, the annual tuition at one of the UK schools would have been around $12,000 for three years.

20.     At the time of Mr. George's recruitment, the Men's Rowing Team was ranked 18th in the United States.

21.     In January 2018, Mark Davis, then the Head Coach of the GW Men's Rowing Team, offered Mr. George a non-scholarship position on the varsity Men's Rowing Team. As part of Coach Davis' recruitment pitch, he encouraged Mr. George to join GW to help the Men's Rowing Team "create a legacy."

22.     While he was Head Coach of the Men's Rowing Team, Coach Davis had actual and apparent authority from GW to act as its agent in negotiating with and signing new rowing recruits.

23.     In sharp contrast to the UK schools, however, the annual tuition for undergraduate study at GW was about $55,000 for the 2018-2019 school year ($75,000 including room and board). It is projected to be over $62,000 per year for the 2022-2023 school year ($85,000 including room and board).

24.     Thus, the difference in tuition between the UK schools and GW was vast: less than $40,000 for a full undergraduate education in the UK, and about $240,000 for GW.

25.     Despite the substantial difference in tuition, GW also offered Mr. George a broader range of educational opportunities. GW's educational breadth and opportunities appealed to Mr. George.

26.     Unfortunately, however, Mr. George's family did not expect to pay that amount for

5

Mr. George's university, nor could it afford that tuition for four years. It could only afford one year of tuition and room and board at GW – and that was only by taking out a second mortgage on their home in the United Kingdom.

27.     Accordingly, Mr. George informed Coach Davis that he could not attend GW for four years of collegiate athletic eligibility unless he received substantial financial assistance or scholarships from the university.

28.     Coach Davis responded that he could not provide assurances that Mr. George could earn a scholarship during his first year of competition, but he did assure that Mr. George could earn scholarships for the remaining years of his eligibility.

29.     On April 12, 2018, after receiving those assurances, Mr. George accepted Coach Davis' offer to join the GW Men's Rowing Team and attend GW as an undergraduate student athlete.

30.     In order to support Mr. George's goals and aspirations, Mr. George's parents refinanced the mortgage on the family home in the United Kingdom to finance his first year at GW.

31.     Despite the financial sacrifices in doing so, Mr. George ultimately selected GW because it provided (1) the best opportunity for him to compete for a national championship at the Intercollegiate Rowing Association[1] ("IRA") National Collegiate Championship Regatta for each year of his varsity collegiate eligibility; (2) access to an undergraduate education at a prestigious university; and (3) assurances that GW would provide financial relief so he could continue his Men's Rowing Team career and undergraduate education through his years of collegiate athletic

---

[1]     Unlike women's rowing, men's rowing is not a sport sanctioned by the NCAA. Thus, the IRA, and not the NCAA, hosts the national championship competition in May/June of every year.

eligibility.

III.    Mr. George's First Varsity Season at GW (2018-2019 Academic Year)

32.    Not surprisingly, Mr. George excelled at rowing when he stepped onto GW's campus in the fall of 2018. Within a few months, Coach Davis selected Mr. George to serve as a "Championship 4" rower. As a "Championship 4" rower, Mr. George competed on GW's highest ranked varsity team.

33.    As a result of Mr. George's success, in or around February 2019, Coach Davis offered Mr. George a scholarship of $20,000 per year beginning his sophomore year.

34.    Mr. George informed Coach Davis that the scholarship offer was insufficient to continue at GW, and that he would not be able to return to GW for his sophomore season.

35.    Several weeks later, Coach Davis offered Mr. George a $60,000 scholarship for his sophomore year. Additionally, Coach Davis promised Mr. George a $70,000 scholarship per year for both his junior and senior years.

36.    These amounts were sufficient for Mr. George to stay at GW, participate in the Men's Rowing Team, and continue his undergraduate studies through his senior year.

37.    Coach Davis had actual and apparent authority from GW to bind the university in its scholarship offers when he presented the offers to Mr. George.

38.    Mr. George accepted Coach Davis' scholarship offers for his sophomore, junior, and senior seasons.

39.    The Men's Rowing Team competed at the IRA National Championship Regatta in May and June 2019. The Men's Rowing Team's "eight" squad finished the 2018-19 season ranked 13th in the country. Notably, GW's ranking improved by five (5) positions in the national rankings from the previous season.

7

IV.    Mr. George's Second Varsity Season at GW (2019-2020 Academic Year)

40.    In the fall of 2019, GW Athletic Director Tanya Vogel informed members of the Men's Rowing Team that it was a part of the "long-term project" for GW's Athletic Department.

41.    GW fully performed its obligation to provide Mr. George with a $60,000 scholarship in exchange for Mr. George's participation on the Men's Rowing Team for the 2019-2020 academic year.

42.    In November 2019, Coach Davis abruptly left his position as Head Coach of the Men's Rowing Team to teach high school rowing in Washington state. No reason was given for his sudden and unexpected departure.

43.    In January 2020, GW hired Eric Gehrke to replace Coach Davis as Head Coach of the Men's Rowing Team.

44.    The COVID-19 pandemic unexpectedly ended the men's rowing season in March 2020. Due to the uncertainty caused by the pandemic, Mr. George was one of the few undergraduate students who remained in Washington, DC (instead of traveling home to study virtually) to ensure that he was prepared for the return of competitive rowing and to complete his undergraduate education.

45.    During the COVID-19 pandemic, the NCAA announced that it would extend all collegiate athletes' eligibility for one year as a result of the canceled seasons.

46.    On May 25, 2020, Coach Gehrke scheduled a "Men's Rowing Team Check-In" to discuss the pandemic and any summer training plans.

47.    During this meeting, Coach Gehrke offered Mr. George a $70,000 scholarship in return for Mr. George's continued participation in the varsity Men's Rowing Team.

48.    Coach Gehrke had actual and apparent authority from GW to bind the university in its scholarship offers when he presented the fifth-year offer to Mr. George.

49.     Mr. George accepted Coach Gehrke's offer and planned to utilize his extra year of NCAA eligibility competing as a member of GW's varsity rowing program and pursue graduate studies at GW.

V.      Sudden Termination of the Men's Varsity Rowing Program (July 2020)

50.     At 9:57 a.m. on July 31, 2020, Coach Gehrke sent the Men's Rowing Team an email notifying the student athletes of a GW athletic department meeting beginning only 33 minutes later, at 10:30 a.m. The email is attached as **Exhibit 1**. The email described the meeting as "extremely important for all of us to attend," and asked us to attend "even if you are at work, vacation, or driving…" It also stated that the Men's Rowing Team would have a call with the coach to "break everything down and chat."

51.     GW Athletic Director Vogel, among others, participated in a conference call with members of the following GW varsity sports programs: (1) men's rowing; (2) men's squash; (3) men's indoor track; (4) men's tennis; (5) women's squash; (6) women's water polo; and (7) co-ed sailing.

52.     During the 20-minute conference call, Athletic Director Vogel stated that GW's Athletic Department, University Administrators, and the Board of Trustees uniformly agreed to cut the seven (7) varsity teams on the call. She further stated that the impacted programs would compete throughout the 2020-21 academic year, but that would be final varsity season for each of the cut teams.

53.     Athletic Director Vogel explained that GW was facing a $200 million shortfall from GW's university-wide (not just athletic) operations during the COVID-19 pandemic, which accelerated the University's decision to cut multiple varsity athletic teams. Athletic Director Vogel did not support her explanation with any information related to the athletic department budget or finances. Further, Athletic Director Vogel noted that GW wanted to continue to support

athletic teams "with the greatest potential for future success."

54.     Athletic Director Vogel's reasons for cutting multiple varsity teams, including the Men's Rowing Team, is specious at best.  The annual cost to GW for maintaining Men's Rowing Team program hovered between $190,000 and $219,000 (excluding scholarships, which GW recognizes as "lost revenue") in the several years preceding the announcement that GW would cut the Men's Rowing Team.  The entire GW athletic department annual budget for 2020 and 2021 was less than $35 *million*.  In 2020, GW had a general endowment of over $2.1 *billion*.  GW's general endowment rose to over $2.4 *billion* in 2021.

55.     Moreover, the Men's Rowing Team finished with a top 20 national ranking in the previous two seasons, further undermining Athletic Director Vogel's reason that the GW athletic department sought to support only successful programs.[2]

56.     The cancellation of the Men's Rowing Team was completely unexpected and shocking.  No one at GW – the administration, the coaches, the student athletes – had ever indicated or even suggested at any time before July 31, 2020 (during recruitment, or even during the COVID-19 pandemic) that cutting the Men's Rowing Team could happen.  Indeed, it came only two months after GW offered Mr. George a $70,000 scholarship to continue rowing on the varsity Men's Rowing Team through the end of the 2022-2023 academic year.

57.     Immediately following the July 31, 2020 call with Athletic Director Vogel, Coach Gehrke held a call with the Men's Rowing Team to discuss moving forward.  The Men's Rowing Team, including Coach Gehrke, decided it would do everything it could to reinstate the Men's

---

[2]     In stark contrast, the athletic department decided *not* to cut the men's baseball team.  The GW men's baseball team was ranked between 115 and 215 nationally throughout the 2021 season.  Notably, GW Board of Trustee member Avram S. Tucker, a former GW baseball player, donated $2 million in 2014 for naming rights at GW's baseball field in Bancroft, Virginia.  Mr. Tucker was heavily involved in the decision to cut – and keep – certain varsity programs.

Rowing Team.

58.     Within hours of Athletic Director Vogel's announcement to the cut teams, GW President Thomas J. LeBlanc sent a lengthy email to the GW community notifying it that GW had cut seven of 27 varsity sports.  That email is attached is **Exhibit 2**.

VI.     Mr. George's Third Varsity Season at GW (2020-2021 Academic Year)

59.     GW fully performed its obligation to provide Mr. George with a $70,000 scholarship in exchange for Mr. George's participation on the Men's Rowing Team for the 2020-2021-2020 academic year.

60.     In the months that followed the conference call with Athletic Director Vogel, members of the Men's Rowing Team, including Mr. George, worked diligently with alumni to secure independent financing for the Men's Rowing Team to maintain varsity status.

61.     Several donors committed to funding the Men's Rowing Team in its entirety.

62.     Despite securing sufficient funding to cover the entire budget for the men's rowing program, GW declined to reinstate the program to varsity status.

63.     The Men's Rowing Team athletes elected Mr. George as team captain in the fall of 2020.

64.     In his new capacity as Men's Rowing Team captain, Mr. George directly engaged the GW administration in an effort to persuade GW to revisit its cut of his team.

65.     In the fall of 2020, Athletic Director Vogel informed Mr. George that the best way to encourage the Board of Trustees to revisit its decision would be through showcasing the Men's Rowing Team's performance in its final varsity year (2020-2021).

66.     When Mr. George (with his teammates' support) broached the topic of initiating litigation against GW (as other cut varsity athletic teams were successfully doing throughout the country), Athletic Director Vogel threatened Mr. George that such an action would result in the

immediate cancellation of varsity status of the Men's Rowing Team (*i.e.*, before the end of the 2021 season).

67.     As a result of this threat, Mr. George decided not to institute litigation at that time to challenge GW's decision to cut the Men's Rowing Team, and follow Athletic Director Vogel's advice to simply succeed to demonstrate to the GW Board of Trustees that the Men's Rowing Team should not be cut.

68.     Mr. George and the Men's Rowing Team used the mantra of "team survival" as constant motivation to succeed in competition.

69.     In April 2021, Mr. George met with Thomas LeBlanc, President of GW, to further discuss the varsity men's rowing team and the alumni's willingness to independently finance the varsity program.  President LeBlanc simply demurred to Athletic Director Vogel's explanation and the GW Board of Trustees' decision to cut the Men's Rowing Team.

70.     The Men's Rowing Team participated in what it believed could be the last national championship event on May 28-29, 2021.  At the 2021 IRA National Championship Regatta, the Men's Rowing Team finished in 7th place nationally at the 2021 IRA National Collegiate Championship Regatta.

71.     This was the first time in the 200-year history of GW that any of its athletics teams ended a season ranked in the top 10 nationally.  In other words, this was the best final finish of any GW athletic team – *ever*.

VII.   Mr. George's Fourth Season at GW (2021-2022 Academic Year)

72.     GW appears to be fully performing its obligation to provide Mr. George with a $70,000 scholarship in exchange for Mr. George's participation on the Men's Rowing Team for the 2021-2022 academic year.

73.     Fresh off the top-ten finish, in June 2021, Mr. George met with Mr. Tucker, a

12

member of the Board of Trustees, to convince him that the Men's Rowing Team should be reinstated as a varsity sport. Athletic Director Vogel also attended.

74. Specifically, Mr. George recalled Athletic Director's suggestion that the best way to convince the Board of Trustees was through the Men's Rowing Team's performance.

75. Mr. Tucker declined to approach the full Board of Trustees to seek the reinstatement of the Men's Rowing Team.

76. Mr. George asked whether he could present to the entire Board of Trustees, and they declined that offer as well.

77. On August 1, 2021, Mr. George sent GW a formal written request for the Men's Rowing Team to be reinstated. GW has never responded to Mr. George's August 1, 2021 request.

78. Thus, in the summer of 2021, the Men's Rowing Team transitioned from a varsity sport to a "club" sport.

79. After being demoted to a "club" sport, the Men's Rowing Team lost its eligibility to compete with the IRA. The Men's Rowing Team is no longer allowed to compete at any IRA sanctioned event, which includes the IRA National Collegiate Championship Regatta in June 2022.

80. This directly contradicts GW's press release, which stated that the men's rowing program could "continue to compete in the same or similar conferences against the same competition that they did as varsity programs." **Exhibit 3**.

81. In March 2022, Mr. George filed an exception request with the IRA to allow the Men's Rowing Team "club" to compete in IRA sanctioned events. Specifically, Mr. George requested that the "club" be allowed to participate in the IRA National Collegiate Championship Regatta in June 2022.

82. The IRA denied the exception because the Men's Rowing Team no longer satisfied

13

the "varsity status" requirement under the IRA's Constitution. Nevertheless, the IRA stated that GW's rowing program could compete in future IRA events if GW reinstates the program to "varsity status." The IRA noted that the final eligibility meeting would take place the week of April 25, 2022.

83.     The Men's Rowing Team's first event for the 2022 season is scheduled for April 2, 2022 against Georgetown University's varsity men's rowing team.

84.     Mr. George has twice asked GW whether it intends to honor its May 2020 promise to grant Mr. George a $70,000 scholarship for the 2022-2023 academic year.

85.     Mr. George states with absolute certainty that if he knew when he made his decision to attend GW that he would not be able to participate in a varsity men's rowing team throughout the duration of his entire collegiate eligibility and to compete for national championships, he would not have chosen to attend GW. Instead, he would have chosen to attend a university that offered him the opportunity to participate in varsity rowing throughout his collegiate years.

86.     With the pending deadlines to compete for reconsideration for a national championship, and all avenues to a negotiated solution exhausted, Mr. George now turns to this Court as a last ditch effort to save the successful collegiate athletic career that was unexpectedly ended.

## COUNT I
### (Breach of Contract)

87.     Mr. George incorporates the allegations contained in paragraphs 1 through 86 of this verified complaint.

88.     Mr. George and GW entered into a valid and legally-binding contract.

89.     Pursuant to the contract, Mr. George promised to spend money on tuition to attend GW and provide his world-class rowing expertise and skill to the GW Men's Rowing Team while

14

he remained eligible under NCAA regulations.

90.     Pursuant to the contract, GW promised to maintain the Men's Rowing Team as a varsity sport throughout his years of eligibility, which include through the 2022-2023 season. GW also promised to award him with a $70,000 scholarship through the end of the 2022-2023 academic year.

91.     Mr. George has fully and successfully performed all of his obligations under his contract with GW.

92.     GW breached the contract when it cut the Men's Rowing Team.

93.     GW is anticipatorily repudiating, and therefore breaching, the contract by not awarding Mr. George with a $70,000 scholarship for the 2022-2023 academic year.

94.     As a direct and proximate result of GW's breach of contract, Mr. George has been:

      (a)     Irreparably harmed by the loss of his collegiate athletic opportunities to participate in a varsity sport and compete for a national championship, and

      (b)     Damaged in the amount $70,000 for GW failing to award him the promised scholarship for the 2022-2023 academic year.

WHEREFORE, Mr. George respectfully requests the following relief to remedy GW's breach of contract:

      (a)     this Court should enter a temporary restraining order, preliminary injunction, and permanent injunction ordering GW to immediately reinstate the Men's Rowing Team to varsity status; and

      (b)     this Court should award Mr. George $70,000 to compensate him for the lost $70,000 scholarship for the 2022-2023 academic year; and

      (c)     this Court should award Mr. George his reasonable attorneys' fees in an amount to

be proven at the conclusion of this case; and

(d)     this Court should award Mr. George any other relief this Court deems just and
proper.

## COUNT II
### (Fraud)

95.     Mr. George incorporates the allegations contained in paragraphs 1 through 86 of
this verified complaint.

96.     GW falsely represented to Mr. George during his recruiting, and again in May 2020,
that the Men's Rowing Team would remain a varsity sport at GW throughout his collegiate athletic
eligibility years.

97.     Alternatively, GW intentionally and knowingly withheld from Mr. George during
his recruiting, and again in May 2020, the fact that it was considering cutting the Men's Rowing
Team as a varsity sport prior to the conclusion of his collegiate athletic eligibility years.

98.     The fact that GW would maintain a varsity Men's Rowing Team throughout his
athletic career was a material fact upon which Mr. George based his decision to attend GW.

99.     GW's misrepresentation, or alternatively withholding, of this material fact was
knowing and done with the intent to deceive Mr. George (and many others) into committing and
rowing for GW.

100.    As a direct and proximate result of GW's misrepresentation, or alternatively
fraudulent nondisclosure, Mr. George attended and rowed for GW instead of attending and rowing
for other institutions.

101.    As a direct and proximate result of GW's fraud, Mr. George has been:

(a)     Irreparably harmed by the loss of his collegiate athletic opportunities to
participate in a varsity sport and compete for a national championship, and

16

(b)     Damaged in the amount $70,000 for GW failing to award him the promised
        scholarship for the 2022-2023 academic year.

WHEREFORE, Mr. George respectfully requests the following relief to remedy GW's

fraud:

(a)     this Court should enter a temporary restraining order, preliminary injunction, and
        permanent injunction ordering GW to immediately reinstate the Men's Rowing
        Team to varsity status; and

(b)     this Court should award Mr. George $70,000 to compensate him for the lost
        $70,000 scholarship for the 2022-2023 academic year; and

(c)     this Court should award Mr. George his reasonable attorneys' fees in an amount to
        be proven at the conclusion of this case; and

(d)     this Court should award Mr. George any other relief this Court deems just and
        proper.

## COUNT III
(Violation of the D.C. Consumer Protection Procedures Act, D.C. CODE §§ 28-3901 *et seq.*)

102.    Mr. George incorporates the allegations contained in paragraphs 1 through 86 of
this verified complaint.

103.    GW is a corporation and merchant of higher educational services under the D.C.
Consumer Protection Procedures Act, D.C. CODE §§ 28-3901 *et seq.* ("CPPA").

104.    Mr. George is a consumer of higher educational services under the CPPA.

105.    By falsely representing to Mr. George during his recruiting, and again in May 2020,
that the Men's Rowing Team would remain a varsity sport at GW throughout his collegiate athletic
eligibility years (or, alternatively, by withholding that it would not), GW engaged in unfair or
deceptive trade practice in marketing and selling its higher educational services to Mr. George by:

17

(a)     representing that … services have a … sponsorship, approval, [or] certification… that they do not have; …

(e)     misrepresenting as to a material fact which has a tendency to mislead; …

(e-1)   representing that a transaction confers or involves rights, remedies, or obligations which it does not have or involve; …

(f)     failing to state a material fact … which has a tendency to mislead…

106.    As a direct and proximate result of GW's violation of the CPPA, Mr. George has been Irreparably harmed by the loss of his collegiate athletic opportunities to participate in a varsity sport and compete for a national championship.

WHEREFORE, Mr. George respectfully requests the following relief to remedy GW's violation of the CPPA:

(a)     this Court should enter a temporary restraining order, preliminary injunction, and permanent injunction ordering GW to immediately reinstate the Men's Rowing Team to varsity status; and

(b)     this Court should award Mr. George $70,000 in punitive damages for its violation of the CPPA; and

(c)     this Court should award Mr. George his reasonable attorneys' fees in an amount to be proven at the conclusion of this case; and

(d)     this Court should award Mr. George any other relief this Court deems just and proper.

## PRAYER FOR RELIEF

For the foregoing reasons, Mr. George respectfully requests that this Court (1) ENTER JUDGMENT in his favor and against GW for the relief claimed in Counts I through III; (2)

PERMANENTLY ENJOIN GW from removing the sport of men's rowing until Mr. George has completed his final varsity season on the Men's Rowing Team; and (3) AWARD Mr. George any other relief this Court deems just and proper.

Dated: April 1, 2022

Respectfully Submitted,

**PATRICK GEORGE**

**By:**

*Ahumant*

Anand Ramana (D.C. Bar No. 489478)
VEDDER PRICE P.C.
1401 New York Ave, N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com
*Counsel for Plaintiff Patrick George*

**OF COUNSEL:**

James Garvey (*pro hac vice* application forthcoming)
Jason Sobelman (*pro hac vice* application forthcoming)
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500
E-mail: jgarvey@vedderprice.com
E-mail: jsobelman@vedderprice.com
*Counsel for Plaintiff Patrick George*

19

## VERIFICATION

I, Patrick George, am the plaintiff in the above-captioned action. I am and have been a resident and domiciliary of the District of Columbia since 2018. I am of sound mind and body to make this verification. I have read the foregoing verified complaint, fully understand the factual allegations, and understand the legal claims I am asserting in this action. I verify under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2022                    _P. George_____
                                            Patrick George

The George Washington University Mail - URGENT: Department of Athletics Meeting @ 10:30 AM ET TODAY



 **THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON DC

## URGENT: Department of Athletics Meeting @ 10:30 AM ET TODAY

**Gehrke, Eric** <egehrke@email.gwu.edu>                                    Fri, Jul 31, 2020 at 9:57 AM
To: Eric Gehrke <egehrke@gwu.edu>, David Lincoln <davidlinc1@gwu.edu>, Maddux Castle <mjc@gwu.edu>
Cc: Brian Sereno <bsereno@gwu.edu>, Chandra Bierwirth <cbwirth@gwu.edu>, Tanya Vogel <tvogel@gwu.edu>
Bcc: patrickgeorge@gwmail.gwu.edu

Student-Athletes;

**We have a Department of Athletics Meeting @ 10:30 AM ET (in 35 minutes) that is extremely important for all
of us to attend.** It would be in everyone's best interest to attend even if you are at work, vacation, or driving - just call
in and listen. Here is the link:

   https://gwu.webex.com/gwu/j.php?MTID=mf6fe0a0e41bd7f909035027011a091a6

Immediately after the department meeting please come to my WebEx room so we can break everything down and
chat. Here is the link:

   https://gwu.webex.com/meet/egehrke

See you all in a bit.

Coach Eric



**ERIC GEHRKE**
MEN'S ROWING HEAD COACH
C: 202.740.2944  ERIC_V_GEHRKE  EGEHRKE@GWU.EDU
RESTORATIVE  ACHIEVER  ARRANGER  STRATEGIC  INCLUDER
**GWSPORTS.COM | #RAISEHIGH**



**EXHIBIT**

**2**


THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

Aidan Rowland <afrowla...

---

## Update on GW Athletics

2 messages

---

**President Thomas J. LeBlanc** <president@gwu.edu>                           Fri, Jul 31, 2020 at 12:13 PM
Reply-To: president@gwu.edu
To: afrowland@gwu.edu



To the George Washington University Community:

At GW, athletics is one of our most visible displays of discipline and excellence. For more than a century, our Athletics Department has helped to develop countless student-athletes who are role models in competition and in the classroom, and they have served as leaders on our campuses and beyond.  Rooting for the Buff and Blue has long brought our community together to celebrate one another and our GW spirit.

Over the years, GW Athletics has grown considerably.  We have added several sports and greatly expanded the number of student-athletes we support.  Today, with more than 500 student-athletes in 27 varsity intercollegiate programs, GW sponsors more programs than any of our peers in the Atlantic 10 Conference.  Although we value the breadth of our offerings and the opportunities they have created for many, they have increasingly strained resources, limiting support across all programs and creating growing financial concerns.

Given the importance of our commitment to providing a world-class student-athlete experience and supporting our teams in achieving at the highest levels of excellence, during this past year GW leadership undertook a comprehensive review of our programs.  By the spring, this work had become imperative, as we strained to manage the current and projected financial impacts of COVID-19, which this fiscal year will create a significant gap between expected revenues and expenses of at least $200 million.

Having now concluded our review of all programs and with the urgency caused by the COVID-19 pandemic, we are writing today with difficult news.  In consultation with the Board of Trustees and GW leadership, we have determined that we must reduce our athletics teams from 27 to 20, effective at the conclusion of the 2020-21 academic year. The non-NCAA sports of men's rowing, sailing, men's and women's squash, and the NCAA sports of men's indoor track, men's tennis, and women's water polo will have the opportunity to compete in their upcoming 2020-21 seasons, if it

becomes safe to do so, but they will be discontinued at the conclusion of their respective seasons.
We have already informed the impacted student-athletes of this news, and provided that there is
suitable student interest and self-sustaining financial support that ensures health, safety, and well-
being, we will support these programs in their transition to club sports.

We understand how disappointing this is for many in our community, especially for the students
whose GW athletics careers will be shortened, for our coaches and support staff, and for the alumni
who helped build these programs.  We also recognize the additional burden caused by the timing of
this decision, when many are experiencing the uncertainty and stress of the pandemic.  Still, we felt
it important to talk directly with those affected to provide as much flexibility as possible to plan for
the coming academic year and beyond, and to communicate transparently with our broader
community.  As hard as this decision was, we believe it is necessary to strengthen athletics and
position our programs for future success with the resources we have.

We are committed to caring for those affected through this transition.  All existing athletics
scholarship aid will continue to be awarded to the affected student-athletes through their graduation
at GW.  We hope that our students continue their education at GW. However, should any student-
athletes from the affected teams choose to transfer to another institution, we will support them in
every way possible. We will also provide mental health and other counseling resources throughout
the year.

Our student-athletes who have represented the Buff and Blue over these many years have helped
to build a deep and lasting legacy of achievement during their time at GW, and their history will
always be honored and celebrated within the GW Athletics family and our GW community.

We are providing more information about the review process we undertook and the future of
athletics at GW below and in Frequently Asked Questions.

**Discipline and Excellence**

Our charge for discipline extends to being prudent stewards of GW resources. We needed to
optimize our available resources and allocate them appropriately to build and sustain excellence in
athletics.  By supporting fewer programs, we will be better equipped to provide a world-class
student-athlete experience, and our student-athletes will have greater access to important
resources, such as strength and conditioning, sports medicine, and academic assistance.

During our review process, we considered many options to sustain all varsity teams, including
increasing ticket sales, philanthropic support, and corporate sponsorship.  However, it is impossible
for these areas to produce the funding necessary to achieve the long-term success that our
students, alumni, and supporters deserve.

We believe this path will secure a more sustainable financial future that will allow GW Athletics to
better fulfill its mission.  We also are mindful that while we do not expect to take additional action at
this time, it could be necessary if the COVID-19 pandemic and the financial impact worsen.

**Comprehensive Review**

We made these decisions after a principled process in which all of our programs were reviewed comprehensively. We considered, in part, impact on gender equity and Title IX compliance, sponsorship at the NCAA Division I level, history of the sport at GW and prospect for future success, engagement level, expense savings, and other factors.

**GW Athletics in the Future**

GW Athletics has been and will remain one of our university's most important drivers of school pride, spirit, and engagement.

We are confident that these changes, while difficult, will allow us to move forward with organizational and financial resiliency, greater agility, and success in our demanding pursuits. We will enhance the recruitment and retention of our student-athletes, better support them in achieving the highest levels of success, and improve club sports opportunities for all students.

All of our programs have contributed to the proud history of GW Athletics and the strong position we are in today. Moving forward, we are committed to continuing to strengthen GW Athletics as our visible display of discipline and excellence far into the future.

Sincerely,

Thomas J. LeBlanc, President
M. Brian Blake, Provost and Executive Vice President for Academic Affairs
Mark Diaz, Executive Vice President and Chief Financial Officer
Tanya Vogel, Director of Athletics

## THE GEORGE WASHINGTON UNIVERSITY

### WASHINGTON, DC

(This message has been sent in accordance with The George Washington University mass email policy and procedure. This message was requested by the President and was approved by the President.)

1918 F Street NW
Washington, DC | 20052 United States

This email was sent to afrowland@gwu.edu.



FAQ Regarding University Efforts Streamlining GW Athletics - George Washington University Athletics

EXHIBIT
tabbies
3

WTEN / 3.05  1:00 P.M.    BB / 3.05      1:00 BM FF MSOC / 3.05      1 PM   SB / 3.05

vs Howard        vs Maine          vs UDC               vs James Madi...

INSIDE                                 FAN            MY
SPORTS                  TICKETS         FACILITIES       SHOP
ATHLETICS              BLUE            ZONE            GW

# FAQ Regarding University Efforts Streamlining GW Athletics

*What was the process that led to the decision?*
A data-driven, principled and thorough approach was used in the evaluation process, with the end goal of building a stronger, financially sustainable department for the university community to rally around. University leadership, the Athletics Department and the Board of Trustees collaborated on a systematic assessment of costs, opportunities and threats before ultimately coming to this conclusion. COVID-19 was a factor as it accelerated our timeline and impacted our scope, however, this process was underway prior to the pandemic and resulting economic crisis in higher education.

Criteria for comprehensively reviewing all programs included:

- Impact on gender equity and Title IX compliance.
- Sponsorship of the sport at the NCAA Division I level.
- Number of teams competing nationally in the sport.
- GW history of the program.
- Prospects for future success at GW.
- Community engagement level and potential the sport brings to the university.
- Potential expense savings if the sport is discontinued.
- Investments required to keep the program at, or bring the program to, the desired level of excellence.
- For our non-NCAA teams, whether they may have the ability to continue competing as GW club programs in the same competitions and/or conferences against similar opponents moving forward.

*What other options were considered other than reducing sports sponsorship?*
Other options were considered but ultimately ruled out in our analysis. To maintain a 27-sport department would have required each of our programs to sustain deeper budget cuts, and given our aspirations of preeminence that was not a viable option for consideration as it would have severely handicapped all sports' abilities to excel at the national level. Other options discussed included increasing ticket sales, philanthropic support and corporate sponsorship. However, as the COVID-19 pandemic hit, additional revenue streams have become uncertain as we may be playing in fan-less environments, thus rendering moot our plans for increased ticket revenue. We are also aware that our corporate sponsors and donors face uncertain financial

times and/or hardships. Like all other areas of the university, we reduced operating budgets in Athletics and leadership took reductions in compensation.

### What led to the timing of this announcement?

By making this announcement now, the full impact will not occur until the end of the 2020-21 academic year. Still, timing for an announcement like this is never ideal. As we face an increasingly restrictive fall and 2020-21 academic year ahead, we felt it was our responsibility to tackle the university's unprecedented fiscal crisis proactively. We felt compelled to give early notice for what may be the last year of competition for some members of our Athletics community. As mentioned, we exhausted all other options before coming to this conclusion, and once we got to this point it was imperative to us to communicate this news transparently.

### How did you determine how many sports to continue?

As we embarked on this process, everything was on the table. We did not take it lightly that any decisions made would have a profound impact on the lives of the people affected by this. It is always our goal to show care in how we serve our students and staff. There was no predetermined number of how these cuts would go, other than to deem what is right for the Athletics Department and the university in our shared quest for preeminence with sound financial decision-making. We kept in mind the NCAA average of 18 sports per institution as well as our disproportionately large size relative to our conference competition. With 27 sports and limited financial resources for all programs to achieve the level of expectation worthy of our world-class institution, we had to make prudent decisions to get where we are. We are also mindful that we may have to revisit our projections and decisions if the 2020-21 sports seasons are further altered due to COVID-19 and the financial crisis in higher education worsens.

### Will any of these sports transition to compete as a club program?

After the conclusion of their final varsity campaign in 2020-21, it is our hope that each of these programs continue to compete. The non-NCAA sports of men's rowing, sailing and men's and women's squash can continue to compete in the same or similar conferences against the same competition that they did as varsity programs, and provided that there is suitable student interest and self-sustaining financial support that ensures health, safety and well-being, we will support these programs in their transition to club sports.  If there is sufficient student interest, GW will provide a pathway to continue support for club men's tennis and women's water polo teams. Our runners will also still have the option to compete in cross country and/or men's outdoor track.

### Will there be any consideration given to a philanthropic donor offering to fund one of the programs?

While the decision to discontinue these sports after the 2020-21 season is final, there is the opportunity for them to compete as club programs, particularly in our non-NCAA sports. There is a history in several of these sports nationally of programs competing at the highest levels, and even winning national championships, as well-funded club programs. Any future philanthropy directed to our programs that are being discontinued would support them in club sports competition. GW Athletics is fortunate to have a wonderful donor base that continues to grow, and that support will be needed to help ensure the success of our 20 varsity sports moving forward in 2021-22.

*Was a fundraising campaign considered prior to making these decisions?*
All options have been on the table as we began evaluating the success of our Athletics Department. As it is our charge to compete with discipline and excellence while giving a world-class student-athlete experience and display for our many constituents, we saw that the Athletics Department is out of scale compared to our peers. As we are positioned today, GW sponsors more sports programs than any other school in the Atlantic 10 Conference. Our 27 varsity programs exceed the next highest number of sports sponsored by an A-10 institution by four (Fordham and La Salle sponsor 23 programs), and our 20 sports that compete within the A-10 trail only La Salle's 21 programs. While we can do anything, we cannot do everything. We found that the amount needed for a fundraiser to keep these sports viable over the long term would be too high. Once it was determined that we are too large and too expensive in comparison to our peers, right-sizing the department became the priority.

*What does this decision say about GW Athletics?*
In less than a decade, we jumped from a department that sponsored 22 sports with about 400 student-athletes to a department that had 27 sports with more than 500 student-athletes. This did not lead to the intended broad-based excellence that we expect, but rather an expensive and out-of-size program that could not be sustained. As we now face a deepening financial crisis, it has been crystallized for us that bigger does not mean better. With the full support of the Board of Trustees and university leadership, GW Athletics will be better positioned to excel on the national stage in our next century of competition.

*Will there be additional reductions in sports sponsorship in the future?*
This decision was made with the goal of a sustainable financial future that will allow GW Athletics to fulfill its mission of being a highly visible display of discipline and excellence. We are confident that after this reduction we will be poised for excellence in the foreseeable future. However, we remain mindful that our projections and decisions could be forced to change if the COVID-19 pandemic and the financial crisis in higher education worsens. We hope that is not the case.

*How do these changes impact Title IX compliance?*
GW Athletics has a storied history of success in our women's sports, and we are proud to count one of our student-athlete alumnae as our Director of Athletics. Title IX and women's sports have provided countless opportunities for women to achieve, compete and lead that previously were not guaranteed. We will continue to proudly provide equitable opportunities for both female and male student-athletes to compete at an elite level academically and athletically, with athletics opportunities that will be in proportion with our undergraduate gender profile once the transition is complete in 2021-22.

*Will there be an impact on diversity in the student-athlete community after these changes?*
As a leading research institution situated in the heart of our nation's capital, the university and our Athletics Department attract students from across the world. We are steadfast in our commitment to foster a diverse, equal and inclusive environment for all. There are several sports that are being impacted that have historically attracted international student-athletes to the university, however, a priority will still be placed in our remaining sports on recruiting high-quality student-athletes from around the world to study, live, and explore at GW. This does not change our commitment to focusing on and striving for diversity in our athletics

programs.

*What are the plans to support affected student-athletes?*
For many athletes who are seeing their years of competitive sports coming to an end, this is incredibly difficult. Mental health is a primary concern for all students at the university, and our student-athletes are no different. We maintain high alertness to the mental health and well-being of this population, understanding that 18- to 22-year-old people are particularly at risk. Our student-athletes will be supported appropriately— not just limited to the student-athletes who compete in the impacted sports but also the remaining student-athletes who may be impacted in other ways. The university's Counseling and Psychological Services have been made available.

All existing athletic scholarship agreements will be honored for any student-athlete whose sport is being reduced from varsity status if they choose to continue their education at GW. They will also have the support of academic services, sports medicine, strength and conditioning and the other support areas in which we are able to aid our student-athletes throughout 2020-21, provided that they remain in good standing with the NCAA and the university during the coming academic year, and campus conditions allow for it. By announcing the effective date one academic year in advance, we will provide our student-athletes with an opportunity to compete, if safe to do so, for one year and additional time to evaluate whether to transfer to another institution where they may continue to pursue competitive athletics.

*What are the plans to support affected coaches?*
Employment contracts of all coaches will be honored. If a coach chooses to explore employment outside of the university before the end of their contract, the university will support that decision and show appropriate care for our career-driven professionals. We know that coaching is more than a job. It is a lifestyle and our coaches are dedicated to the growth of the young people they mentor. We share their commitment.

*Will incoming affected student-athletes who opt not to enroll at the university after this decision receive a refund for their deposit?*
Yes, and they should work with the Office of Admissions to receive this. Any payments made prior to the first day of fall classes will also be refunded in full if the student drops all registered courses.

*Given the unknown of how COVID-19 will continue to affect competition, if a program is otherwise unable to field a full, competitive roster in the upcoming season, what are the plans?*
The 2020-21 academic year is the final academic year in which we will field varsity programs in these sports. If for any reason the teams are unable to compete, the timeline remains the same.

*How much money will the Athletics Department save as a result of this decision?*
Financial savings cannot be tabulated in one total sum. Savings will phase in gradually as competition ceases in 2021-22 and student-athletes come off scholarship in the next several years, in addition to savings in a variety of other areas, including: travel savings, compensation and operation (facilities costs, equipment, meals, etc.). However, this decision is not strictly related to cost savings. We have been underfunded, and our facilities and our support staff have been spread thin, in supporting 27 championship-level programs, so the

reduced need to get all programs to the requisite support level to achieve excellence is another form of savings.

*Did the university consider using a portion of its endowment to keep these sports?*
An exploration of the university's endowment showed holdings designated for specific future uses, including need-based financial aid for our student body. This made usage by any one area of the university unfeasible to address a budget shortfall and would still not make Athletics sustainable over the long term. Athletics is not a revenue-generating proposition for the university and is already reliant on university support. The endowment exists to support all university endeavors in perpetuity, guaranteeing future generations of GW students, staff, faculty and researchers the same opportunity to change the world.

*How will GW utilize any savings realized through this process?*
While savings will be seen over the course of years, these cost-containment measures will help to shrink the revenue deficit that the university is forecasting, while we will continue to pursue additional revenue generation to support our remaining student-athletes.

| | |
|---|---|
| Atlantic 10 | NCAA |
|  | |
| SPORTS | |

© 2022 George Washington University Athletics

**600 22nd Street, NW, Washington, DC 20052 / 202-994-1000**

Privacy Policy

Terms of Service

Video Platform powered by CBS Sports