IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick George,<br><br>         Plaintiff,<br><br>v.<br><br>The George Washington University,<br><br>         Defendant. | Civil Action No. 1:22-cv-896-BAH |

**JOINT PROPOSED SCHEDULE TO GOVERN FURTHER PROCEEDINGS**

Plaintiff Patrick George and Defendant The George Washington University ("GW"), by and through their respective counsel, hereby jointly submit this Joint Proposed Schedule to govern further proceedings before this Court, pursuant to this Court's order on April 7, 2022.[1]

**A.     Plaintiff's Position:**

Plaintiff proposes a schedule that is not in alignment with the local rules because his case will be effectively mooted if the preliminary injunction is not decided by April 24, 2022. In order for a full and fair preliminary injunction hearing, Plaintiff respectfully requests the discovery motion be expedited in order to adequately prepare for the preliminary injunction motion. For these reasons, Plaintiff proposes the following briefing schedule:

1. Plaintiff's Motion for Expedited Discovery (previously filed, 4 pages long):
   a. Defendant's opposition: **April 11**
   b. Plaintiff's reply: **April 13**
2. Defendant's Motion to Dismiss:
   a. Defendant's motion: **April 13**

---

[1] Counsel for George and GW met and conferred about the proposed schedule on April 8, 2022.

      b. Plaintiff's opposition: **April 19**

      c. Defendant's reply: **April 22**

   3. Plaintiff's Motion for Preliminary Injunction:

      a. Plaintiff's motion: **April 13**

      b. Defendant's opposition: **April 19**

      c. Plaintiff's reply: **April 22**

**B.**    **Defendant's Position:**

While GW understands that Plaintiff would like his Motion for Preliminary Injunction to be briefed and decided by April 25, 2022, this Court has already denied Plaintiff's motion for emergency relief.  Should Plaintiff properly serve GW with his complaint, GW believes that briefing on Plaintiff's Motion for Expedited Discovery, as well as any yet-to-be-filed Motion for Preliminary Injunction, and GW's anticipated motion to dismiss, should be briefed according to the schedule provided for in this Court's Local Rules.  Accordingly, GW proposes the following schedule:

1. Plaintiff's Motion for Preliminary Injunction: **April 13** (based on Plaintiff's stated intent to file on that date).

2. Defendant's Opposition to Motion for Expedited Discovery: **April 19**.  *See* Local Civ. R. 7(b) (providing 14 days to respond to motion).

3. Defendant's Opposition to Motion for Preliminary Injunction: **April 20**.  *See* Local Civ. R. 65.1(c) (providing 7 days to respond to motion for preliminary injunction).

4. Plaintiff's Reply in Support of Motion for Expedited Discovery: **April 26**.  *See* Local Civ. R. 7(d) (providing 7 days for replies).

5. Plaintiff's Reply in Support of Motion for Preliminary Injunction: **April 27**.  *See* Local Civ. R. 7(d) (providing 7 days for replies).

6. Defendant's Motion to Dismiss: **21 days from service**.  *See* Fed. R. Civ. P. 12(a).

7. Plaintiff's Opposition to Motion to Dismiss: **14 days after motion filed.**  *See* Local Civ. R. 7(b).

8. Defendant's Reply in Support of Motion to Dismiss: **7 days after opposition filed.** *See* Local Civ. R. 7(d).

Dated: April 8, 2022

Respectfully submitted,

*/s/     Anand Ramana*
Anand Ramana (D.C. Bar No. 489478)
VEDDER PRICE P.C.
1401 New York Ave, N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com
*Attorney for Plaintiff Patrick George*

*/s/     Jason C. Schwartz*
Jason C. Schwartz (D.C. Bar No. 465837)
Molly T. Senger (D.C. Bar No. 995975)
Amalia Reiss (D.C. Bar No. 241775)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel. (202) 955-8242
Fax. (202) 530-4209
JSchwartz@gibsondunn.com
MSenger@gibsondunn.com
AReiss@gibsondunn.com

*Counsel for Defendant The George Washington University*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of April, 2022, I caused a copy of the foregoing to be served on the below counsel via ECF:

Anand Ramana
VEDDER PRICE P.C.
1401 New York Ave, N.W.
Suite 500
Washington, D.C. 20005
aramana@vedderprice.com

                 */s/     Jason C. Schwartz*
                 Jason C. Schwartz (D.C. Bar No. 465837)
                 GIBSON, DUNN & CRUTCHER LLP
                 1050 Connecticut Avenue, N.W.
                 Washington, DC 20036-5306
                 Tel. (202) 955-8242
                 Fax. (202) 530-4209
                 JSchwartz@gibsondunn.com

                 *Counsel for Defendant*